COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:         01-14-00288-CR

Style:         Stephen William Siros v. The State of Texas

Date motion filed[*]:     August 15, 2014

Type of motion:     Third Motion for Extension of Time to File Appellant's Brief

Party filing motion:     Appellant

Document to be filed:     Appellant's Brief

If motion to extend time:

    Original due date:     June 16, 2014

    Number of extensions granted:     2     Current Due date: August 18, 2014

    Date Requested:     October 16, 2014

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due: October 16, 2014

        ☑     No further extensions of time will be granted.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

    **On July 16, 2014, the Clerk of this Court granted appellant's second motion for extension of time to file appellant's brief due to counsel's various other professional and personal matters, but counsel was not warned that no further extensions would be granted. Accordingly, appellant's motion is granted, but we inform counsel that no further extensions will be granted. If the appellant's brief is not filed by October 16, 2014, we will abate this case for a hearing under Texas Rule of Appellate Procedure 38.8(b)(2).**

Judge's signature: /s/ Laura C. Higley
                ☒ Acting individually     ☐ Acting for the Court
Panel consists of _____

Date: August 21, 2014
November 7, 2008 Revision